UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RED HOOK COMMUNICATIONS I, LP f/k/a ELLIPSE COMMUNICATIONS I, LP, <br><br> Plaintiff, <br><br> VS. <br><br> ON-SITE MANAGER, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 3:16-CV-0848-G |

### ORDER

On May 27, 2016, the plaintiff filed an amended complaint (docket entry 18). As a result of this filing, the defendant's motion to dismiss for failure to state a claim (docket entry 13) is **DENIED** as moot.

**SO ORDERED**.

May 31, 2016.

_____
A. JOE FISH
**Senior United States District Judge**