UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RED HOOK COMMUNICATIONS I, L.P. f/k/a ELLIPSE COMMUNICATIONS I, L.P., | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:16-CV-0848-G |
| VS. | ) ) | |
| ON-SITE MANAGER, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT

This judgment is entered pursuant to F.R. CIV. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion and order, it is **ORDERED** that this case is **DISMISSED** at the plaintiff's cost.

August 8, 2016.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**